PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Martin Pettiford          Cr.: 18-00445-001
        PACTS #: 4604423

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/12/2018

Original Offense:   Count One: Conspiracy to Possess and Distribute Heroin 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(B), a Class B Felony

Original Sentence: 60 months imprisonment, 5 years supervised release

Special Conditions: Drug Testing and Treatment, Gang/Criminal Associations Prohibition

Type of Supervision: Supervised Release         Date Supervision Commenced: 11/05/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On February 15, 2023, during a home visit, Mr. Pettiford submitted a urinalysis that tested positive for oxycodone. After results were revealed, Mr. Pettiford admitted to the use of oxycodone and signed an admission of drug use form. |

U.S. Probation Officer Action:
Mr. Pettiford was verbally reprimanded for his drug use and reminded he is currently on bail for a pending violation of supervised release. Mr. Pettiford stated he will refrain from drug use moving forward. The U.S. Probation Office will continue to monitor Pettiford and notify the Court of any additional non-compliance. We are respectfully requesting no court action be taken at this time, but this non-compliance will be added to the Violation of Supervised Release Report prior to the next hearing.

        Respectfully submitted,

        SUSAN M. SMALLEY, Chief
        U.S. Probation Officer

        *Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
        U.S. Probation Officer

Prob 12A – page 2
Martin Pettiford

/ dkh

APPROVED:

*Patrick Hattersley*     02/24/23
PATRICK HATTERSLEY         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ xx *No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)*

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler, U. S. D. J.

Signature of Judicial Officer

2/24/2023

Date